```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHAIM BUXBAUM,

                Plaintiff,

    -against-

TRANSUNION, LLC,

                Defendant.
-------------------------------------------------------X

21-CV-8797 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In light of high rates of COVID-19 transmission, the Initial Conference in the above-captioned case, scheduled for January 19 at 10 a.m., will be held remotely.

    Members of the press and public who wish to join the proceeding may dial 332-249-0608 and enter Conference ID 709 992 824, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

    The January 12 deadline for the parties to submit a proposed Scheduling Order, proposed Discovery Plan, and joint letter discussing compliance with Rule 7.1 and stating the facts and issues of the case is unchanged. If Defendant has not entered an appearance by January 12, Plaintiff is ordered to inform the Court in writing by January 14 whether he intends to request an entry of default against Defendant.

    SO ORDERED.

Dated: New York, New York
       January 10, 2022

                                                                 */s/ Kimba M. Wood*
                                                                 KIMBA M. WOOD
                                                            United States District Judge