```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CHAIM BUXBAUM,

                Plaintiff,

   -against-

TRANSUNION, LLC,

                Defendant.
--------------------------------------------------------X

21-CV-8797 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     A case management conference shall be held remotely on February 8, 2022 at 12 p.m. By that point, each counsel shall have obtained the relevant facts and documentation from his or her client and be prepared to discuss which facts are in dispute. Members of the press and public who wish to join the proceeding may dial 332-249-0608 and enter Conference ID 994 770 611, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

     By February 7, 2022, the parties shall submit a written statement to the Court advising that the parties have complied with the settlement procedure specified in section III of the Court's Order and Notice of Initial Conference, issued November 2, 2021. (ECF No. 5.)

     While the Court has noted its agreement in principle with the dates specified in the proposed Discovery Plan and Scheduling Order (ECF Nos. 14-1, 14-2), counsel for Plaintiff and Defendant are ordered to submit by January 24, 2022 a copy of each document that contains counsel's signatures.

     SO ORDERED.

Dated:  New York, New York
         January 21, 2022

                                                                      */s/ Kimba M. Wood*
                                                                      KIMBA M. WOOD
                                                               United States District Judge