UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CHAIM BUXBAUM,

          Plaintiff,

   -against-

TRANSUNION, LLC,

          Defendant.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/8/2022
```

21-CV-8797 (KMW)

**ORDER OF DISMISSAL**

KIMBA M. WOOD, United States District Judge:

    The parties have advised the Court that they have reached a settlement in principle. The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot.

    SO ORDERED.

Dated: New York, New York
       February 8, 2022

                                                    */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                         United States District Judge